# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES EX REL. ADUDDELL ROOFING & SHEET METAL, INC. | § § § | PLAINTIFF |
| v. | § § | CAUSE NO. 1:08CV346 LG-RHW |
| CAROTHERS CONSTRUCTION, INC. and TRAVELERS CASUALTY & SURETY CO. OF AMERICA | § § § § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Defendants' Motion to Dismiss [20] for lack of prosecution pursuant to FED. R. CIV. P. 41(b), the Court, after a full review and consideration of the Defendants' Motion, pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that this cause is **DISMISSED WITH PREJUDICE** pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 13th day of July, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE